UNITED STATES DISTRICT COURT
FOR THE
NORTHER DISTRICT OF OHIO

| | |
|---|---|
| **PATRICK COMPTON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No.: 3:16-cv-01234-JJH |
| **UNITED COLLECTION BUREAU, INC.,** | ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: April 3, 2017     BY: */s/ Amy L. Bennecoff Ginsburg*
            Amy L. Bennecoff Ginsburg, Esquire
            Kimmel & Silverman, P.C.
            30 E. Butler Avenue
            Ambler, PA 19002
            Phone: (215) 540-8888
            Facsimile: (877) 788-2864
            Email: aginsburg@creditlaw.com
            Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 3rd day of April, 2017, a true and correct copy of the foregoing pleading served via ECF to the below:

Keith J. Barnett, Esq.
Troutman Sanders - Atlanta
Ste. 5200
600 Peachtree Street, NE
Atlanta, GA 30308
Phone: 404-885-3423
404-885-3900 (fax)
Email: keith.barnett@troutmansanders.com

Lindsey B. Mann, Esq.
Troutman Sanders - Atlanta
Ste. 5200
600 Peachtree Street, NE
Atlanta, GA 30308
Phone: 404-885-2743
404-962-6538 (fax)
Email: lindsey.mann@troutmansanders.com

Ethan G. Ostroff, Esq.
Troutman Sanders - Virginia Beach
Ste. 2000
222 Central Park Avenue
Virginia Beach, VA 23462
Phone: 757-687-7541
757-687-1524 (fax)
Email: ethan.ostroff@troutmansanders.com

Ronald I. Raether, Jr., Esq.
Troutman Sanders - Irvine
Ste. 1400
5 Park Plaza
Irvine, CA 92614
Phone: 949-622-2722
949-622-2739 (fax)
Email: Ronald.Raether@troutmansanders.com

                                                */s/ Amy L. Bennecoff Ginsburg*
                                                Amy L. Bennecoff Ginsburg, Esquire
                                                Kimmel & Silverman, P.C.

                30 E. Butler Avenue
                Ambler, PA 19002
                Phone: (215) 540-8888
                Facsimile: (877) 788-2864
                Email: aginsburg@creditlaw.com
                Attorney for the Plaintiff