# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PATRICK COMPTON, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>UNITED COLLECTIONS )<br>BUREAU, )<br>)<br>**Defendant.** )<br>) | Case No.: 3:16-cv-01234-JJH |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and for each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Ethan G, Ostroff* | */s/ Amy L. Bennecoff Ginsburg* |
| Ethan G. Ostroff, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Troutman Sanders, LLP | Kimmel & Silverman, P.C. |
| 222 Central Park Avenue | 30 East Butler Pike |
| Suite 2000 | Ambler, PA 19002 |
| Virginia Beach VA 23462 | Phone: 215-540-8888 |
| Telephone: (757) 687-7541 | Fax: 877-788-2864 |
| Email: ethan.ostroff@troutmansanders.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: April 11, 2017 | Date: April 11, 2017 |

BY THE COURT:

s/ Jeffrey J. Helmick
_____
J.

## Certificate of Service

   I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 11th day of April, 2017:

*/s/ Ethan G, Ostroff*
Ethan G. Ostroff, Esq.
Troutman Sanders, LLP
222 Central Park Avenue
Suite 2000
Virginia Beach VA 23462
Telephone: (757) 687-7541
Email: ethan.ostroff@troutmansanders.com
Attorney for the Defendant

                */s/ Amy L. Bennecoff Ginsburg*
                Amy L. Bennecoff Ginsburg, Esq.
                Kimmel & Silverman, P.C.
                30 East Butler Pike
                Ambler, PA 19002
                Phone: 215-540-8888
                Fax: 877-788-2864
                Email: aginsburg@creditlaw.com
                Attorney for Plaintiff